IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                      Civil No.   11-cv-989-DRH-SCW

MATTHEW J. KERR,

    Defendant.

## **ORDER**

It appearing to the Court that the mortgage indebtedness due the United States has been paid in full, and that the foreclosure proceedings are now moot.

WHEREFORE, it is ordered that the Judgment Decree and Order Directing Sale of Mortgaged property entered in this matter on February 13, 2012, be, and the same is hereby, vacated, and that the foreclosure proceedings be, and the same are, hereby dismissed as moot.

Dated: March 8, 2012

David R. Herndon
2012.03.08
10:33:15 -06'00'

Chief Judge
United States District Court